IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WENDY FOSTER

    Plaintiff,

VS.                            NO. 03-2689 BP

QUENTIN COOPER,
CITY OF MEMPHIS.

    Defendants.

ORDER AMENDING SCHEDULING ORDER

Before the Court is the parties' joint motion to amend the Amended Rule 16(b) Scheduling Order regarding the discovery and dispositive motion deadlines. For good cause shown the motion is granted. The discovery deadline is extended to November 1, 2005 and the dispositive motion deadline is extended to December 1, 2005.

IT IS SO ORDERED.

United States ~~District~~ Magistrate Judge

Dated: September 29, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:03-CV-02689 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

William P. Zdancewicz
LAW OFFICE OF WILLIAM P. ZDANCEWICZ
840 Valleybrook Dr.
Memphis, TN 38120

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Gregory Krog
LAW OFFICE OF GREG KROG, JR.
840 Valleybrook Drive
Memphis, TN 38120

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable J. Breen
US DISTRICT COURT