IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ O.C.

05 NOV -7 PM 12: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

WENDY FOSTER,

    Plaintiff,

v.                                No. 03-2689 BP

QUENTIN COOPER,
and CITY OF MEMPHIS,

    Defendants.

## ORDER OF REFERENCE

Before the Court is the November 3, 2005 joint motion of the Defendants, Quentin Cooper and the City of Memphis, for sanctions, including dismissal of Plaintiff Wendy Foster's complaint, based on her failure to respond to requests for discovery or appear at scheduled depositions. The motion is referred to the United States Magistrate Judge for report and recommendation. Any exceptions to the magistrate judge's report shall be made in writing within ten (10) days after service of the report, setting forth particularly those portions of the report excepted to and the reasons for the exceptions. See 28 U.S.C. § 636(b)(1).

**IT IS SO ORDERED** this 7th day of November, 2005.

                J. DANIEL BREEN
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:03-CV-02689 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Gregory Krog
LAW OFFICE OF GREG KROG, JR.
840 Valleybrook Drive
Memphis, TN 38120

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

William P. Zdancewicz
LAW OFFICE OF WILLIAM P. ZDANCEWICZ
840 Valleybrook Dr.
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT